IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DANIEL C. HARRIS                                                                                          PLAINTIFF

v.                          Case No. 4:17-cv-00465-KGB-JTK

SOCIAL SECURITY ADMINISTRATION                                                      DEFENDANTS

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 12). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*).

The Court therefore reverses and remands the Commissioner's decision with instructions to develop the record as necessary and to reconsider the mental health treatment records concerning the relevant time period.

It is so ordered this 4th day of February, 2019.

_____
Kristine G. Baker
United States District Judge