IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DANIEL C. HARRIS**                                                         **PLAINTIFF**

v.                  Case No. 4:17-cv-00465-KGB-JTK

**SOCIAL SECURITY ADMINISTRATION**                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered and adjudged that the administrative law judge's decision is reversed, and this case is remanded for further proceedings consistent with this Court's Order.

It is so adjudged this 4th day of February, 2019.

_____
Kristine G. Baker
United States District Judge